**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ERICSSON INC. AND<br>TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA LLC<br><br>*Defendants.* | Civil Action No:  6:12-cv-894-LED |

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS SAMSUNG
ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC.,
<u>AND SAMSUNG TELECOMMUNICATIONS AMERICA LLC</u>

Notice is hereby given of the appearance of the following as counsel for Defendants

Samsung Electronics Co., Ltd.., Samsung Electronics America, Inc., and Samsung

Telecommunications America LLC, (collectively, "Samsung") notifies the Court and all parties

of record that Ruffin B. Cordell of the law firm of Fish and Richardson P.C., 1425 K Street, 11th

Floor, Washington, D.C. 20005, is appearing as counsel for Samsung in the above-referenced

matter.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: January 11, 2013

By: /s/ Ruffin B. Cordell
Ruffin B. Cordell
Michael J. McKeon
Joseph V. Colaianni
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas Melsheimer
FISH & RICHARDSON P.C.
1717 Main Street Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

*Counsel for Defendants*
*Samsung Electronics Co. Ltd.,*
*Samsung Electronics America, Inc., and*
*Samsung Telecommunications America LLC*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on January 11, 2013.

/s/ Ruffin B. Cordell
Ruffin B. Cordell